No. 80–299. JOHN NUVEEN & CO., INC., ET AL. v. SANDERS ET AL. C. A. 7th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE STEVENS took no part in the consideration or decision of this order.

No. 80–323. COLUMBIA BROADCASTING SYSTEM, INC. v. AMERICAN SOCIETY OF COMPOSERS, AUTHORS, AND PUBLISHERS ET AL. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE STEWART took no part in the consideration or decision of this order.

No. 80–461. RETAIL, WHOLESALE & DEPARTMENT STORE UNION, AFL–CIO v. G. C. MURPHY CO. C. A. 3d Cir. Motion of petitioners to expedite consideration of the petition for writ of certiorari denied.

No. 80–5202. IN RE MAGEE. Petition for writ of mandamus denied.

No. 80–5341. IN RE JACKSON. Petition for writ of mandamus and/or prohibition denied.

No. 79–1943. ALESSI ET AL. v. RAYBESTOS-MANHATTAN, INC., ET AL. Appeal from C. A. 3d Cir. Probable jurisdiction noted, case consolidated with No. 80–193 [*Buczynski et al.* v. *General Motors Corp. et al.*], *infra,* and a total of one hour allotted for oral argument.

No. 79–1144. TEXAS INDUSTRIES, INC. v. RADCLIFF MATERIALS, INC., ET AL. C. A. 5th Cir. Certiorari granted.

No. 80–298. MONROE v. STANDARD OIL CO. C. A. 6th Cir. Certiorari granted.